**IN THE UNITED STATES OF DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**  3  15

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| *Syed K. Rafi, PhD.* | ) |
| *Plaintiff* | ) |
| *V.* | ) |
| | ) |
| *Yale University School of Medicine (YSM) &* | ) Case No. 3:14 CV- 1582 VAB |
| *YSM- Genetics Department Chairman, Dr. Richard P. Lifton* | ) |
| *Defendants* | ) |
| | ) |

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Syed K. Rafi, request the court to appoint counsel, i.e. an attorney to represent me in this case since currently I totally lack the financial ability to pay an attorney, as has been evidenced in my accompanying notarized application to proceed in District Court without prepaying fees or costs.

I have made a diligent effort under the circumstances to obtain an attorney to represent me, by contacting more than a couple of dozen law firms and their attorneys who specialize in employment law, as indicated below:

1

    *Partial list* of the attorneys and their email addresses, and additional law firms that I have contacted are as follows.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following email documentations are true and correct.

Respectfully submitted.

_____   10/10/14

Signature of Plaintiff          Date

**Contacts via emails and phone:**

**Me**
**To:**
**BCC**
vikas@dharlawllp.com vikas@dharlawllp.com
john@reganlanemessinger.com john@reganlanemessinger.com
dhanrahan@gilmac.com dhanrahan@gilmac.com cpk@kazarianlaw.com
cpk@kazarianlaw.com para@tswartzlaw.com para@tswartzlaw.com
bjm@macwein.com bjm@macwein.com mail@mrwemploymentlaw.com
mail@mrwemploymentlaw.com paul.merry@fairworkplace.net
paul.merry@fairworkplace.net tkaplan@davismalm.com
tkaplan@davismalm.com gfeldman@davismalm.com
gfeldman@davismalm.com mjf@fogelmanlawfirm.com
mjf@fogelmanlawfirm.com mroberts@massfirm.com
mroberts@massfirm.com dbrody@sulmanlaw.com dbrody@sulmanlaw.com
jmclaughlin@bmklegal.com jmclaughlin@bmklegal.com Me

**Oct 7 at 10:21 PM**

**Dear Sir/ Madam,**

**Wit reference to my previous emails, please let me know your response at your earliest convenience.**

**Thank you for your consideration.**

**Regards.**

**Syed K. Rafi**

---

Me
To
Jacki N Ryan
kjcook@kjclawfirm.com

**Oct 7 at 9:29 PM**

Hi Jacki,

Please forward this attached document to attorney Ms. Cathy J. Cook for her perusal and response. You have previously forwarded my other emails containing several attachments, and hopefully she will find time to respond soon.

Please confirm the receipt and forwarding of this email.

Regards.

Syed K. Rafi, PhD.

Attchment: Pointers to Attorney.

---

Me
To
josephzoppo@comcast.net

Oct 7 at 9:02 PM

Dear Attorney, Mr. Peres,

I have compiled some directly relevant and founding evidence/information
for my case **in the attached document**.

Thanks for your consideration and hope to hear from you soon.

Regards.

Syed K. Rafi

See Attachment
josephzoppo@comcast.net

---

**Charles Kazarian**
**To**
**Me**
**Oct 7 at 11:53 PM**
**We decline to represent you.**

---

**To**
**Me**
**Oct 10 at 11:51 AM**

**Rafi:**

**I've received your documents, and will forward them to Attorney Cook as
soon as possible.**

**Thank you,**

**Michael Golner**

Me
To
Isaacperes@comcast.net
Oct 10 at 11:44 AM

Dear Attorney, Mr. Peres,

Please find attached herewith the two latest documents that could
not be delivered during my last attempt a couple of days ago.

Hope to hear from you via email, and then I could call you...

Thanks.
Syed Rafi

---

To
Me
Sep 30



Hello,

The Lawyer Referral Service (LRS) is a public service of the Massachusetts Bar Association.
In order to maintain and improve our referral service we would appreciate if you would please
take 2-3 minutes to tell us your experience with the attorney we referred to you.

Click on the link below to start your survey, (You can also copy and paste the link into your
Internet browser.)

<u>Click here to open the survey.</u>

If you were dissatisfied with our service, have a dispute with the attorney, or a complaint against the attorney, we urge that you contact us for assistance.

Thank you for using our referral service.

**To**
**Me**
**Sep 30**



Massachusetts Bar Association
AWYERREFERRAL
SERVICE
Let us connect you.

**Dear Syed Rafi**

This email is to let you know that the attorney assigned below has received a copy of your contact and case information.

You should contact the attorney at your earliest convenience to schedule an appointment. Please contact us right away should you have any questions or need assistance.

**Attorney Information:**
Joseph Zoppo
Peres, Zoppo & Associates, PLLC
One International Place, Suite 1400
Boston, MA 02110
617-535-7533

Dear Dr Rafi:

As discussed, I will foward both emails and all attachments to Attorney Cook.

Regards,

Jacki Ryan

**wrote:**

Dear Ms. Ryan,

Please forward this email as well along with the attachments to attorney Ms. Cook.
Thanks.
Syed K. Rafi, PhD.

Begin forwarded message:

**From:** Syed Rafi <rafigene@yahoo.com>
**Date:** September 22, 2014, 11:08:35 PM CDT
**To:** "kjcook@kjclawfirm.com" <kjcook@kjclawfirm.com>
**Subject: Fw: Seeking your representation and advise... Email # 1**
**Reply-To:** Syed Rafi <rafigene@yahoo.com>

**Dear Attorney, Ms. Cook,**

With reference to our earlier communications regarding my intended cases against Harvard Medical School and Yale School of Medicine, I wish to inform you that consequent to my EEOC complaints, the EEOC has now issued me right-to-sue notifications for each of my charges (please see the attachments herewith).

With reference to the recent clarification of the Third Circuit about the application of the Continuing Violation Doctrine in *Mandel v. M & Q Packaging Corp.*, No. 11-3913, 2013 WL 141890 (3d Cir. Jan. 14, 2013), **as defined by the U.S. Supreme Court in** *National Railroad Passenger Corp. v. Morgan*, 536 U.S. 101 (2002), **I am alleging that these institutions have been continuously retaliating against my numerous job applications ever since I left Yale after completing my professional clinical cytogenetics training, in order to facilitate the return of Dr. Barbara Pober back to Yale School of Medicine (please see the attached documents in this email (#1) and the following email (#2) for details of my allegations and the circumstance).**

I am requesting your representation and advise in pursuing this matter.

Please let me know your response at your earliest convenience.

7

**Regards.**

**Syed K Rafi, PhD.**

---

To
Me
Sandak, Lawrence R. O'Keefe, Joseph C. Saperstein, Daniel L.
Sep 23

Dr. Rafi – thank you for your email. Our firm only represents management in employment law matters so we cannot provide you with representation or advice related to your lawsuits.

Sincerely,

**John P. Barry**
Member of the Firm

Proskauer
One Newark Center
Newark, NJ 07102-5211
d 973.274.6081
f  973.274.3299
jbarry@proskauer.com

To
Me
Jun 23

Hi Dr. Rafi,

As we discussed, Kathy Jo Cook is unfortunately not able to represent you at this time. I just wanted to re-forward the text letter to you that we originally sent in .pdf format.   It was a pleasure talking to you, although I'm sorry about the circumstances. If you have any questions, please do not hesitate to call, and again – we wish you the best of luck going forward.

Best,

Jaimeson

Dear Dr. Rafi:

It was a pleasure speaking with you regarding your employment matter. After reviewing your matter, this letter shall confirm that we will not undertake your representation with regard to your potential employment claims. I am sorry that we cannot be of assistance to you.

As you know, there are various legal deadlines and requirements related to your matter. The time frame for bringing claims of employment discrimination, for example, is 300 days from the date of adverse action. And, the deadlines for filing numerous other employment related claims

in state court generally range from one to three years. You should be aware that failure to respond to such deadlines could detrimentally affect your rights. Accordingly, I urge you to again seek the advice of counsel as soon as possible if you are interested in pursuing this matter further.

Please keep in mind that our decision not to handle your case is a business decision, and it does not mean that you do not have a case. Lawyers have different ways of evaluating these matters and I encourage you to obtain a second opinion.

If you have any questions or concerns or I can help you in any way in the future, please do not hesitate to call me. Our firm handles a variety of matters, including personal injury, medical negligence, motor vehicle crashes, contract disputes and consumer protection matters.

We wish you the best of luck.

Sincerely,

KJC Law Firm, LLC

Kathy Jo Cook

Jaimeson E. Porter, Esq.

617.720.8447  p

857.233.5336  f

jporter@KJCLawFirm.com