# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
March 23          2015
Roberta D. Tabora, Clerk
By: Tasha Oliver
Deputy Clerk

|  |  |  |
|---|---|---|
| Syed K. Rafi, PhD. | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| V. | ) | Case No. 3:14-cv-01582-~~VLB~~ VAB |
| | ) | |
| Yale University School of Medicine (YSM) | ) | |
| & | ) | |
| YSM-Genetics Dept. Chairman, | ) | |
| Dr. Richard P. Lifton | ) | |
| (Official Capacity) | ) | |
| *Defendants* | ) | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

### REQUESTING INCLUSION AND CONSIDERATION OF THE VERY RECENTLY ISSUED UNEMPLOYMENT INSURANCE DETERMINATION CONSEQUENT TO THE RECENT NOTICE OF SEPARATION ALONG WITH THE INITIAL APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

The *pro se* Plaintiff, Syed K. Rafi, pursuant to this court's latest transaction that was entered on 2/27/2015, allowing a new motion to proceed *in forma pauperis*, requests the court to grant permission to proceed *in forma pauperis* given his worsened financial status, consequent to his recent loss of his work as documented in the attached notice of separation from his last employment, dated 11/14/2014, and very recently issued meager unemployment insurance determination (only $125 per week) that was determined very recently by the Kansas Department of Labor on 03/10/2015 due to his meager wages earned for the base period from 10/01/2013 through 09/30/2014.

1

Even this meager unemployment payment will only begin from the week ending 03/21/2015 as per the unemployment insurance rule.  This total monthly income ($125x4= $ 500 is not even sufficient to cover the monthly rental on apartment which is $ 540.

Given the fact that none of the **other** parameters which have been presented with documentation in the initial Financial Affidavit under sworn oath before a Notary Public on day 10th October 2014 have changed to this date, *pro se* plaintiff requests the Court to approve his motion to proceed *in formal pauperis*.

Respectfully submitted.

Date:  March 15, 2015

Syed K. Rafi
*Pro se Plaintiff*

*Attachments: 4*

2

1

# KANSAS DEPARTMENT OF LABOR

REPLY TO THIS ADDRESS

U. I. CALL CENTER
PO BOX 3539
TOPEKA KS 66601-3539
TEL 785-575-1460

|  |  |
|---|---|
| SSN: | ***-**-1056 |
| BENEFIT YEAR BEGINS: | 03-09-2015 |
| MAILED: | 03-10-2015 |
| WEEKLY BENEFIT AMOUNT: | $   125 |
| TOTAL BENEFIT AMOUNT: | $  2000 |
| AVERAGE KANSAS RATE: | 4.20% |

**UNEMPLOYMENT INSURANCE DETERMINATION**

RAFI, SYED K
PO BOX 32302
KANSAS CITY MO 64171-5302

_____ IMPORTANT _____

Check this determination carefully to ensure that your address, social security number and our record of wages are correct.  If there is an error or omission, call the office where you filed your claim.  This determination relates to the calculation of your benefits only.  You will receive the weekly benefit amount shown above if you do not have disqualifying issues related to your claim that could result in non-payment.

YOUR PREVIOUS BENEFIT YEAR BEGAN   03-09-2014.

YOUR CLAIM IS DETERMINED ON WAGES PAID AND REPORTED FOR THE BASE PERIOD FROM 10-01-2013 THROUGH   09-30-2014 .

| Employer's Serial Number | Covered Employer's Name | BASE PERIOD | | | |
|---|---|---|---|---|---|
|  |  | 4TH QTR 2013 | 1ST QTR 2014 | 2ND QTR 2014 | 3RD QTR 2014 |
| 071250 | UNIV OF KANS MED CENTER (688 | 1000.01 | 2961.57 |  | 2475.00 |
|  | QUARTER TOTALS | 1000.01 | 2961.57 | 0.00 | 2475.00 |
|  | TOTAL WAGES |  |  |  | 6436.58 |

AUTOMATIC REGISTRATION:  The application process for filing for unemployment benefits includes automatic registration with KANSASWORKS as a courtesy service to you.  We encourage you to use the following link to access your account to search and apply for job openings:
https://www.kansasworks.com
Your Username:  SYERAFI0
Y:  Temporary Password:  0184D6D99058
The first time you access your account, you will be requested to set up your own password.  If you have previously registered with KANSASWORKS, for your protection your password may have been re-set, therefore, you will need to use this Temporary Password.
For assistance with your job search contact your local Workforce Center at 1-877-509-6757 or KANSASWORKS.com.

K-BEN 41 (Rev. 12-13 B41F)                    (SEE EXPLANATION ON REVERSE SIDE)

2

```
MIME-Version:1.0
From:CMECF@ctd.uscourts.gov
To:CMECF@ctd.uscourts.gov
Bcc:
--Case Participants: Judge Victor A. Bolden (daniel_shin@ctd.uscourts.gov,
eric_lapre@ctd.uscourts.gov, i-vab@ctd.uscourts.gov, s-vab@ctd.uscourts.gov,
stewart_dearing@ctd.uscourts.gov, victor_bolden@ctd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4103304@ctd.uscourts.gov>
Subject:Activity in Case 3:14-cv-01582-VAB Rafi v. Yale University School of
Medicine et al Order on Motion for Miscellaneous Relief
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 2/27/2015 at 1:31 PM EST and filed on 2/27/2015
**Case Name:**      Rafi v. Yale University School of Medicine et al
**Case Number:**      3:14-cv-01582-VAB
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
**ORDER denying [12] Motion. The Court interprets Plaintiff's motion to be a motion for reconsideration under D. Conn. L. Civ. R. 7(c). See *Kevilly v. New York*, 410 F. App'x 371, 374 (2d Cir. 2010) (pleadings of *pro se* party must be construed liberally and interpreted to raise the strongest arguments that they suggest). Plaintiff failed to file his motion for reconsideration within 14 days after the filing of the order from which Plaintiff seeks relief, as required under D. Conn. L. Civ. R. 7(c)(1). Accordingly, Plaintiff's [12] Motion is DENIED. On or before March 31, 2015, Plaintiff may file a new motion to proceed *in forma pauperis* that satisifies the requirements of 28 U.S.C. □ 1915. If Plaintiff does not file a new motion to proceed *in forma pauperis* or pay the filing fee by March 31, 2015, this case will be DISMISSED.**

**Signed by Judge Victor A. Bolden on 02/27/2015.(LaPre, E.)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

| | | |
|---|---|---|
| Syed K. Rafi, PhD. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 3:14-cv-01582-VLB |
| Yale University School of Medicine (YSM) | ) | |
| & | ) | |
| YSM-Genetics Dept. Chairman, | ) | |
| Dr. Richard P. Lifton | ) | |
| (Official Capacity) | ) | |
| _Defendants_ | ) | |

## MOTION REQUESTING INCLUSION AND CONSIDERATION OF RECENTLY ISSUED NOTICE OF SEPARATION ALONG WITH THE INITIAL APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

The Plaintiff, Syed K. Rafi, requests the court to approve the inclusion of the recently received notice of separation from his employment (_attachment_) as a part of his initially submitted application to proceed without prepaying fees or costs, and to reconsider the decision that has been docketed in this case (_attachment_).

Respectfully submitted.

_K. Syed Rafi_

Syed K. Rafi
_Plaintiff_

Date:   December 7, 2014

Attachments: 2



**THE UNIVERSITY OF KANSAS**
**Medical Center**

11/14/2014

Syed Rafi
PO Box 32302
Kansas City, MO 64171

Dear Mr. Rafi,

As you are aware our lack of funding has impacted the Department of Psychiatry and Behavioral Sciences and we need to inform you that your position of Research Associate will be eliminated and your last day is November 21, 2014. You will continue to receive health benefits until the end of that month.

This notice is provided in accordance with the Handbook for Faculty and Other Unclassified Staff; Section III., Unclassified Professional Staff Regulations, page 130 et seq. of the Handbook for Faculty and Other Unclassified Staff.

It is recognized that the positions of some unclassified professional staff members may be funded from externally supported grants and contracts, and that termination of such support provides a bona fide cause for termination of appointment without the usual notice.

This letter is intended to serve as notice of a final agency action by the Medical Center. Please be advised that Dr. Doug Girod, Executive Vice Chancellor of the Medical Center, is the agency officer who should receive service on behalf of the Medical Center of any subsequent petition for judicial review of this final notice.

Regards,

Michael Harmelink / ss

Michael Harmelink
Associate Vice Chancellor for Information Resources and CIO,
Interim Associate Vice Chancellor for Human Resources
And Appointing Authority

cc:   Personnel File
      Department of Psychiatry and Behavioral Sciences



## U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 11/12/2014 at 3:45 PM EST and filed on 11/12/2014
**Case Name:** Rafi v. Yale University School of Medicine et al
**Case Number:** 3:14-cv-01582-VLB
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**ORDER adopting [9] Recommended Ruling, finding that the petitioner does not satisfy the financial requirements of ☐ 1915. If the filing fee is not paid in full by March 31, 2015 the case will be DISMISSED. Signed by Judge Vanessa L. Bryant on 11-12-14. (Bryant, Vanessa)**

**3:14-cv-01582-VLB Notice has been electronically mailed to:**

**3:14-cv-01582-VLB Notice has been delivered by other means to:**

Syed K. Rafi
P.O. Box 32302
Kansas City, MO 64171

**Other Orders/Judgments**
3:14-cv-01582-VLB Rafi v. Yale
University School of Medicine et
al

PROSE

### U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 10/27/2014 at 10:32 AM EDT and filed on 10/27/2014
**Case Name:**        Rafi v. Yale University School of Medicine et al
**Case Number:**     3:14-cv-01582-VLB
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**ORDER REFERRING CASE to Magistrate Judge Thomas P. Smith for a ruling on [2]
MOTION for Leave to Proceed in forma pauperis
Signed by Judge Vanessa L. Bryant on 10/27/14.(LaLone, L.)**


**3:14-cv-01582-VLB Notice has been electronically mailed to:**

**3:14-cv-01582-VLB Notice has been delivered by other means to:**

Syed K. Rafi
P.O. Box 32302
Kansas City, MO 64171

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


SYED K. RAFI
   - Plaintiff

                              CIVIL NO. 3:14-cv-01582 (VLB)

YALE UNIVERSITY SCHOOL OF MEDICINE,
DR. RICHARD LIFTON
   - Defendants


**RECOMMENDED RULING ON MOTION TO PROCEED IN FORMA PAUPERIS**

    Plaintiff, who is *pro se*, filed this action against Dr. Richard Lifton (Lifton) and Yale University School of Medicine (YSM). In his complaint, the petitioner alleges a "defensive deceptive plan" where defendants actively sabotaged the employment opportunities that the plaintiff may have had throughout the entire country. The "defensive deceptive plan", as alleged by the plaintiff, was initiated by the defendants in order to escape a potential discrimination claim being brought by a third party. He brings suit under Title VII of the Civil Rights act of 1964, specifically 42 U.S.C.A. § 2000e-3(a), alleging, among other things, retaliation by defendants for participating in past employment discrimination claims.

must consider if the complaint is frivolous or malicious, or if it fails to state a claim upon which relief can be granted. Id.

## II.  Discussion

Upon review of the financial affidavit submitted by the petitioner, the court finds that he does not satisfy the first prong of analysis. The petitioner is currently employed by Kansas University Medical center as a Research Associate, and commands an hourly wage of 15 dollars per hour. See Dkt. # 2. Petitioner claims to net 1,379.92 dollars a month, which is supported accurately by his pay slip from University of Kansas Medical Center. See Dkt. # 2. While the petitioner complains of significant financial obligations and negative account balances, his financial affidavit indicates manageable financial obligations not unfamiliar to many Americans across the country. The negative account balance that the petitioner indicates in his financial affidavit shows only a deficit of 39 cents in one of his accounts. See Dkt. #2.  The other accounts that the petitioner has provided have been closed and show a balance of 0.00 dollars, while one account maintained a positive balance of over 100 dollars before it was closed, and all accounts only show a month's worth of banking activity. See Dkt. #2. Such sparse banking records make a determination of his true savings

federal claim." Ginters v. Frazier, No. CIV.07-4681JMR/RLE, 2008 WL 314701, at *2 (D. Minn. Feb 4, 2008). Instead, the decision whether to grant a motion to proceed in forma pauperis should focus on the petitioner's ability to, "satisfy the initiation costs of their Federal action without substantially depleting their financial resources." Id. In this case, while the petitioner has limited funds, the expenditures here are not of such enormity as to prohibit the petitioner access to the court if his motion to proceed in forma pauperis is denied.


**III. Conclusion**

It is therefore, the opinion of this court that the petitioner's affidavit does not establish that he is unable to prepay fees and costs or offer security therefore. See Sears Roebuck Co. v. Charles W. Sears Real Estate, Inc., 865 F.2d 22, 23 (2d Cir. 1988)(denying IFP status for a pro se defendant who estimated his net income at around 20,000 dollars). On the contrary, his affidavit indicates that he is able to pay the filing fee.

As the petitioner does not satisfy the financial requirements of § 1915, the court need not examine the complaint to determine if it is frivolous within the meaning of the statute.



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Syed K. Rafi
_____,
Plaintiff(s),

v.

Yale University School of Medicine (YSM) &

YSM- Genetics Department Chairman, Dr. Richard P. Lifton
_____,
Defendant(s).

Case No. 3:14-CV-01582-VAB.

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915.   In support of my request, I submit the attached financial affidavit and state that:

(1)     I am unable to pay such fees, costs, or give security therefor.
(2)     I am entitled to commence this action against the defendant(s).
(3)     I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

SYED  K.  RAFI
Name (print or type)

P.O. BOX  32302
Street Address

KANSAS CITY, MO. 64171-5302
City            State            Zip Code

(617) 913 2953
Telephone Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

*Syed K. Rafi*

_____ ,
              Plaintiff(s),

v.                                           Case No. *3:14-CV-01582-VAB*

*Yale University School of Medicine (YSM) &*
*YSM- Genetics Department Chairman, Dr. Richard P. Lifton*

_____ ,
              Defendant(s).

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓   Married ____   Separated ____   Divorced ✓
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ✓
Dependents: Wife ____   Children # ____   Others # *MoM = IN INDIA* .
and relationship _____
Please provide the names and ages of your children.   If a child is a minor, please identify the child by initials only.
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: *P.O. Box 32302*
City: *KANSAS CITY*   State: *MO . 64171-5302*

Rev.11/4/13

2

Zip Code: _64171_          Telephone: _617 913 2953_

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8     High School   9 10 11 12
College   1 2 3 4   Post-Graduate   1 2 3④

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: _KANSAS UNIVERSITY MEDICAL CENTER_
Address of employer: _3901 – RAINBOW BLVD, KANSAS CITY, KS. 66160._
How long employed by present employer: _SINCE AUGUST, 2014_
Gross Income before taxes or other deductions:
        Monthly _1590_        Weekly _397.50_  _On Hourly Wage:_
_NET: $1379.92    PLEASE ATTACHMENTS._                _$15/HR._
If <u>self-employed</u> state gross weekly wages before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _____day of_____, _____
The name of my last employer:   _____
Address:            _____
Telephone #: (_____)_____
Last salary or wages received (gross amount before taxes and deductions):_____

If <u>spouse</u> is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross Income before taxes and deductions:
        Monthly _____     Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the
following:                                          _NONE_
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly_____.

## FINANCIAL STATUS
Owner of real property?   Yes _____   No _✓_

Rev.11/4/13

If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:     *I DO NOT OWN ANY CAR.*
Automobile:  Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: *CURRENTLY NEGATIVE BALANCES*
Names and addresses of banks and associations: *PLEASE SEE OFFICIAL BANK STATEMENTS FROM US-BANK, KANSAS CITY, MO.*

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify
bonds : *NONE*
_____
_____

**OBLIGATIONS:**
Monthly rental on house or apartment:     $ *540.00*
Monthly mortgage payment on house:        $ —
Gas bill per month:                       $ —
Electric bill per month:                  $ —
Phone bill per month:                     $ *65-70*
Car payments per month:                   $ —
Car insurance payments per month:         $
Other types of insurance payments per month $ *HEALTH INSURANCE $~50/MONTH.*
Monthly payments to retail merchants:     $
   Please list: *GROCERY*                 $ *175-200/MONTH*
   Please list: *PUBLIC TRANSPORTATION*   $ *50 MONTHLY*
Monthly payments on any other outstanding
loans or debts: *CASHNET USA*             $ *1000 TOTAL DUE ($1.200×2=$1.400 MONTHLY*
   Please list: *CAP ITOL ONE CREDIT*     $ *275.* *PAYMENT AGREEMENT*
   Please list: *IRS*                     $ *3000*
                                          *PAY IRS $50 MONTHLY INSTALLMENT.*

Rev.11/4/13
                                    4    *PLEASE ATTACHMENTS*

Any money owed to doctors, hospitals, lawyers *COVENTRY MARKETPLACE —*
Please list: _____ $ *CURRENTLY 4 MONTHS POSTDUE *
Please list: _____ $ *70 MEDICINE* *CURRENTLY NO*
Monthly payment for maintenance or child support *(CLIPITOR)* - *HEALTH INSURANCE*
under separation or dissolution agreement: $ _____ *COVERAGE.*
Estimated monthly expenditure on food: $ *N 200*
Estimated monthly expenditure on clothing: $ *30*

Total amount of monthly obligations: $ *1185. 00*
• *PLEASE SEE ATTACHMENTS AS PROOF 1.*
Other information pertinent to financial status: (Include stocks, bonds, savings bonds,
interests in trusts either owned or jointly owned):
_*PLEASE SEE ATTACHED STATEMENTS WITH NOTARY*_
_*CERTIFICATION AND OFFICIAL DOCUMENTS*_

## PREVIOUS LITIGATION:

If you have ever filed a case in this district, provide the following information for each
case you have filed.   If you need additional space, please continue on a separate
sheet. *NONE .*

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Date: *10-15-2014*                     _____
                                        **Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct to the best of my knowledge and belief.

Date: *10-15-2014*                     _____
                                        Original Signature of Affiant

Rev.11/4/13

**Amount of money that I have in cash or in a checking or savings account:**

Since I was unemployed for a prolonged period of time and then found only a part-time position at Kansas University Medical Center for the past few months *(please see the attached Kansas University Medical Center- pay roll sheet, for the period 8-13-2014 to 9-13-2014)*, I lost all my savings and my current bank accounts, both checking and savings at US Bank are in negative (please see the attached official bank statements affirming my statement). My biweekly paychecks are barely meet my room rent, loan- installment payments to CashNet America, Capital One credit repayment, IRS- installment payment for the tax amount due *(please see the attachments affirming each of these statements)*. Even my meager room rent *($135 weekly; see attached email affirming this statement)* is currently past due by two weeks!

**Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instruments or thing of value that I own, including any item of value held in someone else's name** (describe property and its approximate value):

Honestly none whatsoever: I solemnly affirm that (1) I do not own any car (even the bicycle that I own is currently in a pawn shop *(please see the attached pawn shop official document affirming my statement)*; (2) use only the public transportation for my daily commute; and (3) have no real estate, stock, bond, security, trust, jewelry, art work, or anything of significant value.

**Any housing, transportation, utilities, or loan payment, or other regular monthly expenses** (describe and provide the amount of the monthly expenses):

Rental room rent $540/month at 2537 Charlotte Street, Kansas City, MO. 64108 *(please see the attached email concerning my room rent, which is currently past due)*; public transportation monthly pass $50; CashNet USA loan payment $200 per month *(please see attachment)*; Capital One credit card monthly payment $56 for $300 loan amount *(please see the attachment)*; owe $200 plus interest to a pawn shop in Kansas City, MO *(please see the attached document)*; and storage fee of $20 per month for my house hold things that are stored at 801 Columbia Road, Boston, MA. 02125.

**Names (or if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:**

Currently, I am not supporting any one.

**Any debts or financial obligations** (describe the amounts owed and to whom they are paypable):

(1) CashNetUSA loan total due $800 plus interests; re-payment $200 per month *(please see attachment)*; (2) Capital One credit card monthly payment $56 for $300 loan amount *(please see the attachment)*; (3) owe $200 plus interest to a pawn shop in Kansas City, MO *(please see the attached document)*; (4) owe over-due room rent $270 *(please see email statement attached)*; and IRS monthly installment payment

of $50 for past tax due exceeding $1,500 ( please see the IRS document attached: and Coventry health care payment $50 per month, which is currently unpaid for the past 3 month.

Date: _10/10/14_

_R. Syed Roft_

Applicant's Signature

_Syed K. Rafi_

Printed name

Total number of attachments: _14_

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of _Missouri_ )
                     )
County of _Jackson_  )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _10_ day of _Oct_ , 20 _14_

_____
Notary Public

_July 15, 2018_
My Commission Expires

```
KRYSTAL HALL
Notary Public-Notary Seal
State of Missouri, Jackson County
Commission # 14628933
My Commission Expires Jul 15, 2018
```

**KU** Univ. of Kansas Medical Ctr
3901 Rainbow Blvd
Kansas City, KS 66160

| Pay Group: | ULN-Unclass Limited Term Nonexmpt |
| Pay Begin Date: | 08/31/2014 |
| Pay End Date: | 09/13/2014 |

| Business Unit: | KUMED |
| Advice #: | 000000009283911 |
| Advice Date: | 09/26/2014 |

| | |
|---|---|
| **Syed Khader Rafi** | Employee ID: M0000093551 SOKS ID: M0000093551 |
| PO Box 32302 | Department: 13001-Psychiatry & Behavior Science |
| Kansas City, MO 64171 | Location: Olathe Pavilion - KUMC |
| | Job Title: Research Associate NonExempt |
| | Pay Rate: $15.000000 Hourly |

| TAX DATA: | Federal | MO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 3 | 3 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | ------ Current ------ | | ------ YTD ------ | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | | | | |
| Holiday Credit 1.0 | 15.000000 | 5.00 | 75.00 | 5.00 | 75.00 | **Description** | | **Current** | **YTD** |
| Regular Earns | 15.000000 | 48.00 | 720.00 | 268.00 | 4,476.94 | Fed Withholdng | | 25.27 | 193.39 |
| Holiday Credit-Exempt | | | | 7.00 | 134.62 | Fed MED/EE | | 11.53 | 78.83 |
| Inclement Weather-Exempt | | | | 5.00 | 96.16 | Fed OASDI/EE | | 49.29 | 337.07 |
| Vacation Leave Payout - Normal | | | | 34.00 | 653.85 | KS Withholdng | | 11.00 | 71.00 |
| | | | | | | MO KANSAS CTY | | 7.95 | 54.39 |
| | | | | | | Withholdng | | | |
| **TOTAL:** | | 53.00 | 795.00 | 319.00 | 5,436.57 | **TOTAL:** | | 105.04 | 734.68 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Payroll advance payback | 0.00 | 630.95 | State Leave Clearing Fund | 4.77 | 30.86 |
| | | | | | | WCI - Agency 683 | 630.95 | 1,908.35 |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 0.00 | 630.95 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 795.00 | 795.00 | 105.04 | 0.00 | 689.96 |
| YTD | 5,436.57 | 5,436.57 | 734.68 | 630.95 | 4,070.94 |

| EAR-TO-DATE | PAID TIME OFF | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Vacation | 14.00 | | | | |
| Sick | 112.30 | | **Account Type** | **Account Number** | **Deposit Amount** |
| | | Advice #000000009283911 | Checking | XXXXXXXXXXXXX1510 | 689.96 |
| | | **TOTAL:** | | | 689.96 |

MESSAGE:





Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030



| | Wi |
|---|---|
| Notice | CP521 |
| Notice date | August 20, 2014 |
| Social Security number | XXX-XX-1056 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 635325 |
| Page 1 of 4 | |

111726.326125.180152.7817 1 AT 0.406 701



SYED K RAFI
PO BOX 32302
KANSAS CITY MO 64171-5302029



111726

## Your installment agreement
# Monthly payment due: $40.00

Thank you for your last payment of $7.00,
received on June 27, 2014.

Your monthly payment of $40.00 is due on
August 28, 2014.  If you can't pay your monthly
bill by this date, call us at 1-800-829-0922 to
discuss your situation.

### Billing Summary

| | |
|---|---:|
| Tax you owed | $2,746.90 |
| Last payment received June 27, 2014 | 7.00 |
| Penalties accumulated to date | 307.28 |
| Interest charges accumulated to date | 133.34 |
| **Remaining Balance** | **$3,187.52** |
| Monthly payment due by August 28, 2014 | $40.00 |

**If we don't hear from you**

If you don't pay $40.00 by August 28, 2014, you may default on your agreement,
interest will increase, and additional penalties may apply. **You can pay online now
at www.irs.gov/epay.**

Continued on back...



**Payment**

SYED K RAFI
PO BOX 32302
KANSAS CITY MO 64171-5302029

| Notice | CP521 |
|---|---|
| Notice date | August 20, 2014 |
| Social Security number | XXX-XX-1056 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (XXX-XX-1056), the tax year (2010), and the form
  number (1040EZ) on your payment and any correspondence.

Monthly payment due by
August 28, 2014

$40.00

INTERNAL REVENUE SERVICE
P.O. BOX 931200
LOUISVILLE, KY 40293-1200

318741056 JY RAFI 30 0 201012 670 00000004000



# us bank.

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9114     TRN                    X     ST01

Account Number:
1 455 7239 8470
Statement Period:
Aug 9, 2014
through
Sep 9, 2014

Page 1 of 2



|ılı|ılı|ılıı||ıllıllıllılıllıllıılıllıllıllıı|llı|ılıllılılıl|
000083072 1 AT 0.406 106481718723646 P
SYED K RAFI
PO BOX 32302
KANSAS CITY MO 64171-5302

☎                         *To Contact U.S. Bank*

**By Phone:**                1-800-US BANKS
                             (1-800-872-2657)

**St. Louis
Metro Area:**                314-425-2000

**Telecommunications Device
for the Deaf:**              1-800-685-5065

**Internet:**                usbank.com

## NEWS FOR YOU

**Online Statements are your Ticket to Win!**
Just sign up for Online Statements to be entered in our Ticket to Win Sweepstakes. You'll reduce your paper trail, enhance your account security - and be entered to win great monthly prizes or a trip of your choice. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/tickettowin for more details.

## SUMMARY OF YOUR U.S.BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| Easy Checking | 1-455-7239-8470 | $ | 0.00 | 1 |
| **Total Deposit Balances** | | $ | **0.00** | |

| Lines of Credit | Account Number | | Balance | Page |
|---|---|---|---|---|
| Checking Account Advance | 1-455-7239-8470 | $ | 0.00 | 2 |
| **Total Line of Credit Balances** | | $ | **0.00** | |

## EASY CHECKING

### ACCOUNT CLOSED                                *Member FDIC*

U.S. Bank National Association                     Account Number 1-455-7239-8470

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Aug 9 | $ | 261.25 - | Number of Days in Statement Period | 24 |
| Deposits / Credits | | 366.25 | Average Account Balance    $ | 221.71 |
| Other Withdrawals | | 105.00 - | | |
| **Ending Balance on  Sep 9, 2014  $** | | **0.00** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 2 | Electronic Deposit | From CHILDRENS HOSPIT | | $ | 58.55 |
| | REF=14240014156857 N | PAYMENT  1251926855 | | | |
| Sep 2 | Charge Off Overdrawn Acct | | | | 307.70 |
| | | **Total Deposits / Credits** | | $ | **366.25** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Aug 15 | Extended Overdraft Fee | 1500000123 | $ | 25.00 - |
| Aug 22 | Extended Overdraft Fee | 2200000031 | | 25.00 - |
| Aug 29 | Extended Overdraft Fee | 2900000067 | | 25.00 - |
| Sep 2 | Force-Closed Account Fee | 0200000001 | | 30.00 - |
| | **Total Other Withdrawals** | | $ | **105.00 -** |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  Tell us the dollar amount of the suspected error.
  ...will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. ...that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per your Deposit Account Agreement.

### CONSUMER BILLING RIGHTS SUMMARY
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at: U.S. Bank, P.O. Box 64991, St. Paul, MN 55164-9505. In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### SPECIAL RULE FOR CREDIT CARD PURCHASES
If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

### RESERVE LINE
Reserve Line Balance Computation Method: To calculate the **Balance Subject to Interest Rate** (sometimes referred to as the "average daily balance"), we take the beginning balance of your account (minus unpaid finance charges and unpaid fees from the previous billing cycles), add any new advances, and subtract any payments and credits. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your **Balance Subject to Interest Rate.** The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC



EQUAL HOUSING LENDER



**US bank.**

EDWARD
PO BOX 32302
KANSAS CITY MO 64171-5302

**Uni-Statement**

Account Number:
1 455 7239 8470

Statement Period:
Aug 9, 2014
through
Sep 9, 2014

Page 2 of 2



## EASY CHECKING

### ACCOUNT CLOSED

**(CONTINUED)**

U.S. Bank National Association

Account Number 1-455-7239-8470

| | Total for Statement Period | | Total Year to Date | |
|---|---|---|---|---|
| Total Returned Item Fees | $ | 0.00 | $ | 0.00 |
| Total Overdraft Fees | $ | 75.00 | $ | 222.00 |
| TOTAL | $ | 75.00 | $ | 222.00 |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 15 | 286.25- | Aug 29 | 336.25- | Sep 2 | 0.00 |
| Aug 22 | 311.25- | | | | |

Balances only appear for days reflecting change.

## CHECKING ACCOUNT ADVANCE

U.S. Bank National Association

Account Number 1-455-7239-8470

### Activity Summary

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | $ | 0.00 | Credit Line | $ | 0.00 |
| | | | Available Credit | $ | 0.00 |
| | | | Consecutive Cycles Used | | 0 |
| **New Balance as of Sep 09, 2014** | $ | 0.00 | | | |

| 2014 Totals Year to Date | | |
|---|---|---|
| Total Fees Charged in 2014 | $ | 50.00 |



# usbank.

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9106      TRN                    X      ST01

Account Number:
2 455 8128 6631
Statement Period:
Aug 26, 2014
through
Sep 24, 2014

Page 1 of 1



ɲɭⴗⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑⵑ
000275921 1 AV 0.381 106481737906580 P
SYED K RAFI
PO BOX 32302
KANSAS CITY MO  64171-5302

☎                                        **To Contact U.S. Bank**

**By Phone:**                            1-800-US BANKS
                                         (1-800-872-2657)

**St. Louis
Metro Area:**                            314-425-2000

**Telecommunications Device
for the Deaf:**                          1-800-685-5065

**Internet:**                            usbank.com

---

## NEWS FOR YOU

**Online Statements are your Ticket to Win!**
Just sign up for Online Statements to be entered in our Ticket to Win Sweepstakes. You'll reduce your paper trail, enhance your account security - and be entered to win great monthly prizes or a trip of your choice. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/tickettowin for more details.

---

## STANDARD SAVINGS

U.S. Bank National Association

*Member FDIC*
Account Number 2-455-8128-6631

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 26 | $ | 3.61 | Interest Paid this Year | $ | 0.03 |
| Other Withdrawals | | 4.00 - | Number of Days in Statement Period | | 30 |

**Ending Balance on  Sep 24, 2014** $     0.39 -

Your low balance of $3.61 was below the requirements.

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Sep 24 | Monthly Maintenance Fee | 2400004958 | $ | 4.00 - |
| | **Total Other Withdrawals** | | $ | **4.00 -** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| **TOTAL** | **$** |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | **$** |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### CONSUMER BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at: U.S. Bank, P.O. Box 64991, St. Paul, MN 55164-9505. In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### SPECIAL RULE FOR CREDIT CARD PURCHASES
If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

### RESERVE LINE
Reserve Line Balance Computation Method: To calculate the **Balance Subject to Interest Rate** (sometimes referred to as the "average daily balance"), we take the beginning balance of your account (minus unpaid finance charges and unpaid fees from the previous billing cycles), add any new advances, and subtract any payments and credits. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your **Balance Subject to Interest Rate**. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC



EQUAL HOUSING LENDER



**Page 1 of 2**
Customer Service 1-800-903-3637
www.capitalone.com

Jul. 17 - Aug. 16, 2014   31 Days in Billing Cycle

**Platinum MasterCard**

| NEW BALANCE | MINIMUM PAYMENT | Account ending in 4216 DUE DATE |
|---|---|---|
| **$324.19** | **$56.00** | **Sep 13, 2014** |

PLEASE PAY AT LEAST THIS AMOUNT

MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 14 Month(s) | $333 |

If you would like information about credit counseling services, call 1-888-326-8055.

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

Credit Limit: $300.00
Available Credit: $0.00

Cash Advance Credit Limit: $150.00
Available Credit for Cash Advances: $0.00

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $39.00 | − | $0.00 | + | $25.00 | + | $260.19 | = | $324.19 |

For questions about this account, please give us a call at 1-800-955-6600. We'll be glad to help you Monday through Friday from 8 a.m. to 11 p.m. ET, and Saturday and Sunday from 8 a.m. to 5 p.m. ET.

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR SYED K RAFI #4216

TRANSACTIONS FOR SYED K RAFI #4216

| | | | |
|---|---|---|---|
| 1 | 17 JUL | USPS 28424401132201923KANSAS CITYMO | $5.60 |
| 2 | 17 JUL | HABASHI HOUSEKANSAS CITYMO | $17.80 |
| 3 | 19 JUL | NATURES OWN HEALTH FOOKANSAS CITYMO | $4.41 |
| 4 | 21 JUL | STARBUCKS #10832 KANSAKansas CityMO | $1.58 |
| 5 | 24 JUL | CVSPHARMACY #5697 Q03KANSAS CITYMO | $11.49 |
| 6 | 25 JUL | STARBUCKS #10832 KANSAKansas CityMO | $3.03 |
| 7 | 25 JUL | TRUMAN MED CTR CAFETERKANSAS CITYMO | $6.84 |
| 8 | 26 JUL | KCTA08163460371MO | $51.00 |
| 9 | 28 JUL | RIVER MARKET CYCLERYKANSAS CITYMO | $81.16 |
| 10 | 29 JUL | STARBUCKS #10832 KANSAKansas CityMO | $1.93 |
| 11 | 29 JUL | UNIV OF KS HOSP CAFETEKANSAS CITYKS | $6.81 |
| 12 | 29 JUL | UNIV OF KS HOSP CAFETEKANSAS CITYKS | $3.24 |

Transactions continue on page 2

# Help is available

### Avoid missing future payments by setting up free, customizable account alerts.

Enroll in online banking or log into your account at capitalone.com

300045-C

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $217.04 | $0.00 |
| Cash Advances | 22.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



1 5178058084954216 16 0324190000000056001



Account ending in 4216

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Sep 13, 2014 | $324.19 | $56.00 | * |

PLEASE PAY AT LEAST THIS AMOUNT

## Take Advantage. Take Control.

**Manage your account online at www.capitalone.com**

• Set up account alerts
• Review account information
• Manage your account in privacy

400020

SYED K RAFI          154920
2537 CHARLOTTE ST    C308
KANSAS CITY, MO 64108-2735

Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon.

Me
Today at 3:14 PM



View as Web page

Past-due balance: $ 507.32

## To request payment plan or pay in full:
Chat or call 888.627.3551

Syed Rafi,

This is a reminder that your loan is currently **18 days past due.**

Please contact us today to schedule payment and bring your account back to good standing.

If you're unable to make full payment and you need a payment plan, we've got you covered. There are plenty of affordable options, so **please contact us right away** by phone or chat.

*You are a valued customer and we appreciate your quick response to this email.  Our agents are standing by to process your payment and help ensure that you remain in good standing!*

Log in

- Request payment plan

Additional Details

Customer ID: 12204865
Amount Past Due: $ 507.32
Days Past Due: 18
Days Since We've Heard From You: 8

## Contact Us
CashNetUSA

200 W. Jackson Blvd., 14th Floor
Chicago, IL 60606-6941
Phone: **888.627.3551**
Fax: **866.350.0110**
Collections@cashnetusa.com
Chat Live Now

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT
PURPOSE.

PLEDGOR *Last Name First*     **CUSTOMER COPY**     | LOAN NUMBER 304963 | PREVIOUS LOAN NO. | **304963**

Rafi, Syed

| ADDRESS (RESIDENCE) | CITY, STATE, ZIP | TIME MADE | DATE LOAN MADE |
|---|---|---|---|
| 801 COLUMBIA RD 1 | DORCHESTER, MA 02125 | 5:58 PM | 08/05/2014 |

| IDENTIFICATION | SEX | RACE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | MATURITY DATE |
|---|---|---|---|---|---|---|---|---|
| DL-MA-s22000448 | M | U | 01/26/1949 | 5'9" | 210 | | BRN | 09/04/2014 |

Pawnbroker     CASH AMERICA PAWN OF KANSAS CITY #1
3636 MAIN STREET   , KANSAS CITY, MO 64111
PHONE: (816) 531-4143

**AMOUNT FINANCED:**
The amount of cash advanced or credit extended to you.   $   200.00

**FINANCE CHARGE:**
The dollar amount the credit will cost you.   $   40.00

**TOTAL OF PAYMENTS**
Amount required to redeem pawn on the DUE DATE   $   240.00

**ANNUAL PERCENTAGE RATE:** The cost of your credit as a yearly rate.   243.33%

**PAYMENT SCHEDULE:**
1 payment of   $   240.00

**PREPAYMENT:** If you pay off early you will not be entitled to a refund of part of the finance charge.

INTEREST + SERVICE CHARGE=TOTAL FINANCE CHARGE
4.00 + 36.00 = 40.00

Please describe the following goods. (Provide description of pledged goods including Serial, Model or other number if reasonably available.)

1 ADULT BIKE;MFGR BIANCHI;MOD CHAMPIONE D'ITALIA;S# 4114$192;
MEN'S;6 SPEED;SIZE L;BLUE;NC 0% PERWALT;

All blanks located in the bold line above were completed before I signed. By signing, I agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this ticket.

See reverse side for information about non payment, forfeiture, and prepayment

| TO BE COMPLETED ON REDEMPTION | | | | | TO BE COMPLETED AT TIME OF PAWN | | |
|---|---|---|---|---|---|---|---|
| AMOUNT PAID | ADDITIONAL CHARGE | DATE PAID | | EMP NO | EMP. NO | Itemization of the Amount Financed of | Amount Given Directly to you | Amount Refinanced |
| | | | | | 54370 | 200.00 | 200.00 | 0.00 |

X
SIGNATURE ON REDEMPTION

X
PLEDGOR'S SIGNATURE

NOTICE: SEE REVERSE SIDE

September 27, 2014

Received from Syed Rafi

Two hundred and seventy dollars ($270.00) CASH

One week rent @ $125.00:

September 1- 7, 2014
September  8 - 14, 2014

$20.00 late fee


Phyllis Mar (LAND LADY)
Phyllis Mar
2537, CHARLOTTE STREET
KANSAS CITY, MO · 64108

# BILLING STATEMENT

**CoventryOne.**

Send Correspondence to:
PO Box 31210
Tampa, FL  33631-3210

| Premium Due Date: | **08/31/2014** |
|---|---|
| Previous Balance | $51.68 |
| Payments Applied | $0.00 |
| Current Charges | $51.68 |
| Adjustments | $0.00 |
| **Total Due** | **$103.36** |

## STATEMENT FOR

009769 000006987

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

SYED KHADER RAFI
PO BOX 32302
KANSAS CITY MO  64171-5302

**Pay online** anytime by visiting
https://member.cvty.com

**Pay by phone** 24 hours a day, seven days a
week. Call toll-free:          877-849-9690

**Pay by mail** using the below payment stub.

**Current Billing Period:**          **09/01/2014 TO 09/30/2014**
**Policy/Contract ID:**                **90765863201**

| Payments Applied Since Last Bill | Payment Method | Amount |
|---|---|---|
|  |  |  |

Payments received after 08/06/2014 will appear on your next statement.          **SUB-TOTAL**          **$0.00**

| Current Charges For | Coverage | Plan / Coverage Type | Total Premium | APTC* | Monthly Charges |
|---|---|---|---|---|---|
| S RAFI | Health | Silver $10 Copay PPO KC Exchan Member | $558.68 | -$507.00 | $51.68 |

*APTC = Advanced Premium Tax Credit          **SUB-TOTAL**          **$51.68**

Underwritten by: Coventry Health and Life Insurance Company

Please retain this portion of the bill for your records.
**Please detach and return this portion with your payment.**


**CoventryOne.**

| | Bank Number | Bank Code | Billing Period | Billing ID |
|---|---|---|---|---|
| | 23007030304044 | 51 | 09 | T73344 |
| | **Date Due** | **Amount Due** | | **Amount Enclosed** |
| | 2014-08-31 | $103.36 | | |

23007030304044  51  09  00103367  3

MAKE CHECK PAYABLE TO:
Coventry Health Care



SYED KHADER RAFI
PO BOX32302
KANSAS CITY MO  64171-5302

Coventry Health Care
PO Box 864750
Orlando, FL 32886-4750

VB_PROD_YA_CV_2014-08-06_XMLBILLSKUBRA_DAILY_OUT_2