UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
SYED K. RAFI, PhD.,                                    :
                                                       :
    Plaintiff,                                         :
                                                       :
        vs.                                            :  No. 3:14cv1582(VAB)(WIG)
                                                       :
YALE SCHOOL OF MEDICINE, et al.                        :
                                                       :
    Defendants.                                        :
---------------------------------------------------------------X

## RULING ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Syed K. Rafi, PhD., who is *pro se*, has filed a motion for appointment of counsel.  [Doc. # 3].  Pursuant to 28 U.S.C. § 1915(e)(1), the Court may request an attorney to represent any person unable to afford counsel.  However, appointment of counsel necessarily rests with the sound discretion of the Court.  *See Toliver v. City of New York*, 530 F. App'x 90, 94 (2d Cir. 2013).

At this stage in the litigation, Plaintiff's motion should be denied without prejudice.  Plaintiff may renew his motion for appointment of counsel at a later date when the District Court Judge to whom this case is assigned has a better sense of the merits of the case and the need for counsel to be appointed.

Accordingly, Plaintiff's motion for appointment of counsel [Doc. # 3] is DENIED without prejudice.

SO ORDERED, this  7th  day of April, 2015 at Bridgeport, Connecticut.

                                                    /s/ *William I. Garfinkel*
                                                 WILLIAM I. GARFINKEL
                                                 United States Magistrate Judge