UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SYED K. RAFI, Ph.D. | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:14-CV-01582-VAB |
| vs. | : | |
| | : | |
| YALE UNIVERSITY SCHOOL OF MEDICINE | : | |
| and RICHARD LIFTON, M.D. | : | |
| | : | |
| Defendants | : | SEPTEMBER 14, 2015 |

### MOTION FOR EXTENSION OF TIME TO PLEAD

The defendants, Yale University School of Medicine and Richard Lifton, MD, respectfully request an extension of time up to and including October 8, 2015 within which to answer or otherwise respond to the plaintiff's complaint for the reason that the undersigned will be on vacation from September 19, 2015 through September 30, 2015.[1]

This is the defendants' first request for an extension of time. The plaintiff consents to this motion.

---

[1] The clerk's entry on the Docket indicates that the defendants' answer was due on September 8, 2015. However, the defendants filed a waiver of service on August 21, 2015, within 30 days of July 24, 2015. The defendants submit that they should receive the benefit of the waiver of service, thereby making a response to the complaint due on September 22, 2015 and this motion for extension of time timely.

THE DEFENDANTS
YALE UNIVERSITY SCHOOL OF
MEDICINE and RICHARD LIFTON,
M.D.


BY: __/s/ Colleen Noonan Davis_____
Colleen Noonan Davis  (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168


**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


_____/s/_____
Colleen Noonan Davis