**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


SYED K. RAFI,

      Plaintiff,

v.                               Civil Number. 3:14cv01582(VAB)


YALE UNIVERSITY SCHOOL OF MEDICINE,
RICHARD P. LIFTON

      Defendants.


## **JUDGMENT**

This matter came on for consideration of defendants' motion to dismiss and defendants' motion to strike before the Honorable Victor A. Bolden, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on July 27, 2017, an order entered granting the relief requested in defendant's motion to dismiss and finding as moot defendants' motion to strike.

It is therefore, ORDERED, ADJUDGED and DECREED that the judgment is entered for the defendants and the complaint is dismissed.

Dated at Bridgeport, Connecticut this 3rd day of August, 2017.


                          ROBIN D. TABORA, CLERK
                          By:
                          _____/s/_____
                          Jazmin Perez
                          Deputy Clerk


EOD:   ___8/3/2017___