UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SYED K. RAFI.<br>*Plaintiff* : <br> : <br> : <br> **v.** : <br> : <br> YALE UNIVERSITY : <br> SCHOOL OF MEDICINE & : <br> RICHARD P. LIFTON. : <br> *Defendants* : | Case No. 3:14-CV-01582 (VAB) |

## NOTICE OF APPEAL

Notice is hereby given that Syed K. Rafi, *Pro Se* Plaintiff in the above named matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on 3rd August, 2017 at the US District Court for the District of Connecticut.

Respectfully submitted,

Syed K. Rafi, PhD.

Date: August 31, 2017                              *Pro Se* Plaintiff- Appellant

### Certificate of Service

I, hereby certify that on August 31st 2017, I electronically filed the foregoing Notice of Appeal with the United States District Court of Connecticut using the CM/ECF system. I also certify that all Defendants-Appellants' Counsels of record are registered as CM/ECF Filers, and they will be simultaneously served by the CM/ECF system.

-------------------------------
Syed K. Rafi, PhD.
*Pro Se Plaintiff- Appellant*