# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT ||||
|---|---|---|---|
| CASE TITLE RAFI v. YALE UNIVERSITY SCHOOL OF MEDICINE vs DR. RICHARD LIFTON | DISTRICT OF CONNECTICUT | DOCKET NUMBER 3:14-CV-01582 VAB ||
| | JUDGE HONORABLE, VICTOR A. BOLDEN | APPELLANT PRO SE SYED K. RAFI, PhD ||
| | COURT REPORTER FAZEKAS. J. | PRO SE APPELLANT SYED K. RAFI, PhD ||

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript.

Reason for not ordering a transcript:
- [✓] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

DISTRICT COURT'S JUDGMENT ENTERED ON 8/3/2017: DOCUMENT #79. UNDER IN FORMA PAUPERIS - STATUS

METHOD OF PAYMENT   [ ] Funds   [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

APPELLANT'S SIGNATURE: K. Syed Rafi
DATE: Sept. 11, 2017

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: RAFI V. YALE SCHOOL OF MEDICINE   Docket No.: 17-2754

Lead Counsel of Record (name/firm) or Pro se Party (name): **to DR. RICHARD LIFTON** SYED K. RAFI, PH.D.

Appearance for (party/designation): _____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
  Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
  Party                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: SYED K. RAFI
Firm: _____
Address: 5912 - BRILL CT., FALLS CHURCH, VA. 22041
Telephone: 816-787-4368     Fax: _____
Email: RAFIGENE@YAHOO.COM

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([ . ]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ([ ]) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
[✓] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.