Case 3:14-cv-01582-VAB   Document 87   Filed 04/24/18   Page 1 of 1
Case 17-2754, Document 88, 04/24/2018, 2286616, Page1 of 1

14cv1582 mandate

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT



FILED
D. Conn.
14-cv-1582
2018 APR 24  P 4:23
Bolden, J.

US DISTRICT COURT
BRIDGEPORT CT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand eighteen.

Present:
    Robert A. Katzmann,
        *Chief Judge,*
    Pierre N. Leval,
        *Circuit Judge,*
    Andrew L. Carter,*
        *District Judge.*

---

Syed K. Rafi, PhD,

        *Plaintiff-Appellant,*

v.                                                          17-2754

Yale University School of Medicine (YSM), Dr. Richard P. Lifton, Genetics Department Chairman, in his official capacity,

        *Defendants-Appellees.*

---

Appellant, pro se, moves for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

* Judge Andrew L. Carter, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 04/24/2018**